**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Rudolph TATUM, Defendant–Appellant.**

**No. 14–50001**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 26, 2015.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

David Kenneth Sergi, David K. Sergi & Associates, P.C., San Marcos, TX, for Defendant–Appellant.

Rudolph Tatum, Three Rivers, TX, pro se.

Before PRADO, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Rudolph Tatum has moved for leave to

---

* Pursuant to 5TH CIR. R. 47.5, the court has    determined that this opinion should not be

withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Tatum has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

The record, however, reflects a clerical error in the written judgment. The written judgment states that Tatum pleaded guilty to Count Two of an indictment. In fact, Tatum pleaded guilty to Count Two of a superseding indictment. Accordingly, we REMAND for correction of the clerical error in the written judgment in accordance with Federal Rule of Criminal Procedure 36. *See United States v. Higgins,* 739 F.3d 733, 739 n. 16 (5th Cir.), *cert. denied,* ⸺ U.S. ⸺, 134 S.Ct. 2319, 189 L.Ed.2d 196 (2014); *United States v. Rosales,* 448 Fed.Appx. 466, 466–67 (5th Cir. 2011).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.